**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Verona L. JOHNSON, Defendant–Appellant.**

**No. 04–30071.
Conference Calendar.**

United States Court of Appeals, Fifth Circuit.

Decided Aug. 17, 2004.

Josette Louise Cassiere, Assistant U.S. Attorney, Shreveport, LA, for Plaintiff–Appellee.

Rebecca L. Hudsmith, Federal Public Defender, Lafayette, LA, for Defendant–Appellant.

Before HIGGINBOTHAM, DAVIS, and PICKERING, Circuit Judges.

PER CURIAM: *

Verona L. Johnson appeals her resentencing for possession of a firearm by a convicted felon. Johnson argues that she

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

should not have received a two-level increase in her offense level under the Sentencing Guidelines for obstruction of justice.

The district court's factual finding of obstruction of justice is plausible in light of the record as a whole. Therefore, the obstruction finding was not clearly erroneous. *See* U.S.S.G. § 3C1.1; *United States v. Johnson,* 352 F.3d 146, 147–48 (5th Cir. 2003); *United States v. Storm,* 36 F.3d 1289, 1295 (5th Cir.1994).

Johnson has filed a letter pursuant to FED. R.APP. P. 28(j) calling our attention to the Supreme Court's recent decision in *Blakely v. Washington,* —— U.S. ——, 124 S.Ct. 2531, 159 L.Ed.2d 403 (2004). However, we have held that *Blakely* does not apply to the United States Sentencing Guidelines. *United States v. Pineiro,* 377 F.3d 464, 465 (5th Cir.2004).

AFFIRMED.

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.